STATE OF CONNECTICUT *v.* RICHARD KENYON, JR. (12016)

LANDAU, HEIMAN and SPEAR, Js.

Argued December 8, 1993—decision released January 4, 1994

*Charles A. Eggert, Jr.,* with whom, on the brief, was *Karen E. Souza,* for the appellant (defendant).

*Mary H. Lesser,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Philip A. Scarpellino,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.